[877 NE2d 294, 846 NYS2d 76]

TOM MIRO et al., Appellants, v PLAZA CONSTRUCTION CORP. et al., Respondents, et al., Defendants. (And a Third-Party Action.)

Decided October 23, 2007

---

**APPEARANCES OF COUNSEL**

*Paul F. McAloon P.C.*, New York City (*Paul F. McAloon* of counsel), and *Harry I. Katz, P.C.*, for appellants.

*Barry McTiernan & Moore*, New York City (*Laurel A. Wedinger* of counsel), for respondents.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order modified, without costs, by denying summary judgment to defendants as to the Labor Law § 240 (1) claim and, as so modified, affirmed, and certified question answered in the negative. Assuming that the ladder was unsafe, it is not clear from the record how easily a replacement ladder could have been procured.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.